UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **EDCV 13-1098-UA (Duty)** | Date | **July 2, 2013** |
|---|---|---|---|
| Title | **John B. Kozlowski, et al. v. Chase Bank USA, NA** | | |

| Present: The Honorable | Oswald Parada, United States Magistrate Judge | | |
|---|---|---|---|
| D. Castellanos | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **IN CHAMBERS: ORDER TO SHOW CAUSE**

On June 20, 2013, John B. Kozlowski and Kim E. Kozlowski ("Plaintiffs") lodged for filing a Civil Complaint appearing to allege federal statutory claims and state common law claims ("Complaint"). (ECF No. 1.) While Plaintiffs submitted an *in forma pauperis* ("IFP") application in order to proceed without payment of the full filing fee along with the Complaint, the IFP is incomplete in that Plaintiffs failed to provide the information requested in questions 1.b. and 4-6.

Accordingly, Plaintiff is ordered to show cause why the IFP application should not be denied based on an inadequate showing of indigency. Plaintiff shall submit a completed IFP application on or before July 19, 2013. Failure to comply with the requirements of this OSC will result in the administrative closure of this case and/or the denial of the IFP application based on an inadequate showing of indigency and/or for failure to comply with a court order.

The Clerk is directed to provide Plaintiffs with a blank IFP application.

**IT IS SO ORDERED.**

cc: All Parties of Record

| | Initials of Deputy Clerk | D.C. |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **EDCV 13-1098-UA (Duty)** | Date | **July 2, 2013** |
|---|---|---|---|
| Title | **John B. Kozlowski, et al. v. Chase Bank USA, NA** | | |