JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN B. AND KIM E. KOZLOWSKI – in Propria Persona – In Forma Pauperis,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE BANK USA, N.A., A/K/A JP MORGAN CHASE BANK NA, A/K/A; EMC MORTGAGE CORP (A BRAND OF CHASE), A/K/A BEAR STEARNS RESIDENTIAL MORTG. CORP., A/K/A; NATIONAL DEFAULT SERVICING CORP, A/K/A; WELLS FARGO BANK, NA, AS TRUSTEE,<br><br>Defendants. | **CASE NO.: CV13-01098 R (DTBx)**<br><br>**JUDGE:** Hon. Manuel L. Real<br><br>**JUDGMENT** |

The Motion of defendants JPMORGAN CHASE BANK, N.A., erroneously sued as "Chase Bank USA, NA, a division and/or subsidiary of JP Morgan Chase Bank, N.A.," and EMC MORTGAGE LLC, formerly known as "EMC Mortgage Corp." (collectively "Defendants") to dismiss the Complaint of plaintiffs John B.

Kozlowski and Kim E. Kozlowski ("Plaintiffs") was granted in its entirety, with prejudice, on November 4, 2013.

Therefore, it is **HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. Judgment is entered in favor of defendants JPMorgan Chase Bank, N.A., erroneously sued as "Chase Bank USA, NA, a division and/or subsidiary of JP Morgan Chase Bank, N.A.," and EMC Mortgage LLC, formerly known as "EMC Mortgage Corp."

2. These Defendants may file a bill of costs.

**IT IS SO ORDERED.**

DATED: November 7, 2013    By: _____
                              Honorable Manuel L. Real
                              United States District Court Judge